NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |
|---|---|
| ) |  |
| VERONICA EDWARDS, ) |  |
| ) | Civil Case No. 08-1913 (FSH) |
| ) |  |
| Plaintiff, ) |  |
| v. ) | **ORDER** |
| ) |  |
| TERRY KING, *et al.* ) | Date: July 10, 2009 |
| ) |  |
| Defendants. ) |  |

_____ )

**HOCHBERG, District Judge:**

This matter having come before the Court by way of Defendants' demand for a trial *de novo*, filed July 1, 2009; and it appearing that Defendants' demand does not contain "a short and plain statement of each ground in support" of their demand, as required by Local Civil Rule 201.1(h)(1);

**IT IS** on this 10th day of July 2009, **ORDERED** that :

1.  Defendants' demand for a trial *de novo* [Docket No. 24] is **STRICKEN** with leave to file an amended demand that complies with all applicable Local Rules by **July 17, 2009**. Because the 30 days to file a demand for a trial *de novo* have passed, *see* L. Civ. R. 201.1(h)(1), the amended demand must be accompanied by an appropriate certification explaining why a proper demand was not timely made.

1

2.  If a proper amended demand is timely made, Plaintiff may file by **July 24, 2009** an opposition to the demand upon any ground permitted by the Local Rules, including, without limitation, Local Civil Rule 201.1(f)(3).

3.  This Order shall constitute notice to Defendants that if Defendants do not timely file a proper amended demand, the arbitration award received by the Clerk on June 1, 2009 shall be entered as the judgment of the Court.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.

2